

NUMBER 13-15-00184-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PROSPERITY ENERGY
CORPORATION,                                                    Appellant,

v.

TERFAM FAMILY, LTD.
AND LAMBERT QUARTEY,                                           Appellees.

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.



# NUMBER 13-15-00234-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE PROSPERITY ENERGY CORPORATION

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Order Per Curiam**

On May 19, 2015, appellant Prosperity Energy Corporation filed both a petition for writ of mandamus and appellant's interlocutory brief in cause number 13-15-00184-CV. We docket the petition for writ of mandamus in our cause number 13-15-00234-CV. We request that appellees and real parties in interest, Terfam Family, Ltd. and Lambert Quartey, file a response to the petition for writ of mandamus within ten days of the date of this order. The response may be filed as a separate pleading in cause number 13-15-

00234-CV or as a combined response as part of appellees' brief in cause number 13-15-00184-CV.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of May, 2015.